UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESSICA CURRY,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>　　　　Defendants. | No. LA CV17-9083 JAK (ASx)<br><br>**JUDGMENT**<br><br>**JS-6: Case Closed** |

Defendant's Motion to Dismiss Plaintiff's Amended Complaint having been granted with prejudice, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment is entered in favor of Defendant, United States of America, and against Plaintiff, Jessica Curry, on Plaintiff's claim for money damages under the Federal Tort Claims Act.

2. Plaintiff shall recover nothing, and this action is dismissed with prejudice.

3. Each party shall bear her or its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: January 6, 2020

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE